IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:01-CR-183-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| JOHN WILSON LOCKE, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| WASTE MANAGEMENT OF ) | |
| CAROLINAS, INC., ) | |
| ) | |
| Garnishee. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 236) filed April 10, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

The Government reports that Defendant Locke is no longer employed by Garnishee Waste Management of Carolinas, Inc. (Document No. 236).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 236) is **GRANTED**. The "Order Of Continuing Garnishment" (Document No. 235) is **DISMISSED**.

**SO ORDERED**.    Signed: April 11, 2024

David C. Keesler
United States Magistrate Judge